# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-20-00105-CV

---

### S. W., Jr., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

---

**FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY**
**NO. D-1-FM-17-002559, THE HONORABLE DARLENE BYRNE, JUDGE PRESIDING**

---

## NO. 03-20-00106-CV

---

### S. W., Jr., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

---

**FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY**
**NO. D-1-FM-18-001078, THE HONORABLE DARLENE BYRNE, JUDGE PRESIDING**

---

## O R D E R

**PER CURIAM**

Appellant S. W., Jr. filed his notices of appeal on February 8, 2020. The appellate records were complete February 20, 2020, making appellant's briefs due March 11, 2020. To date, appellant's briefs have not been filed.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule requires greater compliance with briefing deadlines. Therefore, we order Karen J. Langsley to file appellant's briefs no later than April 2, 2020. If the briefs are not filed by that date, counsel may be required to show cause why she should not be held in contempt of court.

It is ordered on March 18, 2020.


Before Justices Goodwin, Kelly, and Smith